**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CLIFTON SMITH

        Plaintiff,

v.                                             Case No. 07-CV-15197-DT

GRAND TRUNK WESTERN RAILROAD
INCORPORATED,

        Defendant.
                                      /

## SCHEDULING ORDER

On February 13, 2007 the court held a scheduling conference on the above captioned case.

IT IS ORDERED that plaintiff's deposition be scheduled and taken by the end of March. Interrogatories may be exchanged by the parties. All other formal discovery **shall be suspended** unless the parties agree to continue.

Counsel shall appear at a scheduling conference on **Monday, April 14, 2008 at 2:00 p.m.** Counsel should be prepared to inform the court if the issues have narrowed and if the Safety Appliance Act applies.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: February 15, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 15, 2008, by electronic and/or ordinary mail.

                                         S/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522